583 A.2d 317

EDISON SQUARE ASSOCIATES, ETC. v. WILLIAM GRAULICH, III.

February 6, 1990.

Petition for certification denied.

583 A.2d 317

IN THE MATTER OF STANDARD TANK
CLEANING CORPORATION.

February 6, 1990.

Petition for certification denied.

583 A.2d 317

JOAN WANDLAND AND STANLEY WANDLAND v.
ERNEST F. ROSATO, M.D.

February 6, 1990.

Petition for certification denied.

583 A.2d 317

DAVID FELDMAN AND RUTH SIMON v. PAUL LEMING
AND BEVERLY LEMING.

February 6, 1990.

Petition for certification denied.